# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHAN CROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>M. REYNOSO, et al.,<br><br>        Defendants. | Case No. CV 13-1080-GHK (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: 4/15/14

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE