# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHAN CROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>M. REYNOSO, et al.,<br><br>        Defendants. | Case No. CV 13-1080-GHK (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith.

    IT IS HEREBY ADJUDGED that this action be dismissed with prejudice.

DATED:   4/15/14

                                                      GEORGE H. KING<br>                                      CHIEF UNITED STATES DISTRICT JUDGE